ALEXANDER E. WOLF (SBN 299775)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
awolf@milberg.com
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212
Tel: 872-365-7060

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAHAM WALDO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLACK & DECKER (U.S) INC.,<br><br>Defendant. | Case No.  2:23-cv-08427 SB (SKx)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

1  The parties, by and through their counsel of record, hereby stipulate that the above-captioned action is voluntarily dismissed in its entirety, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (authorizing voluntary dismissal "without a court order" upon a "stipulation of dismissal signed by all parties who have appeared"). This stipulation of dismissal shall not affect the claims of any other putative class members as no class has been certified and this voluntary dismissal dismisses the class action allegations without prejudice. Each party shall bear its own fees and costs.

DATED: JANUARY 22, 2024  ALEXANDER E. WOLF
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC

By: /s/ *Alexander E. Wolf*
Alexander E. Wolf
Attorneys for Plaintiff

DATED: JANUARY 22, 2024  SETH E. PIERCE
VALENTINE A. SHALAMITSKI
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ *Seth E. Pierce*
Seth E. Pierce
Valentine A. Shalamitski
Attorneys for Defendant
Black & Decker (U.S.) Inc.

**Attestation Regarding Signatures**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Alexander E. Wolf, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Alexander E. Wolf*
Alexander E. Wolf